```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____         │
│ DATE FILED: 12-23-13    │
└─────────────────────────┘
```

# WILMERHALE

**VIA FACSIMILE**

December 23, 2013

Jonathan D. Rosenfeld

+1 617 526 6941 (t)
+1 617 526 5000 (f)
jonathan.rosenfeld@wilmerhale.com

The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Reed Elsevier Inc. v. TransUnion Holding Company, Inc., No. 13-cv-8739

Dear Judge Castel:

Defendant TransUnion Holding Company, Inc. respectfully requests an extension of Your Honor's 25-page memoranda of law limitation to a page limitation not to exceed 35 pages. Plaintiff's counsel has assented to this request.

Respectfully submitted,

*/s/ Jonathan D. Rosenfeld*

Jonathan D. Rosenfeld

*[Handwritten endorsement: Application granted. SO ORDERED. /s/ P. Kevin Castel, USDJ  12-23-13]*