UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REED ELSEVIER INC.,

        Plaintiff,

  v.

TRANSUNION HOLDING COMPANY, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 1:13-cv-08739-PKC

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Philip D. Anker of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 hereby appears on behalf of Defendant TransUnion Holding Company, Inc.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
       December 24, 2013

                              Respectfully submitted,

                              WILMER CUTLER PICKERING HALE
                               AND DORR LLP

                              By: /s/ Philip D. Anker
                              Philip D. Anker
                              7 World Trade Center
                              250 Greenwich Street
                              New York, NY 10007
                              (212) 230-8890 (phone)
                              (212) 230-8888 (fax)
                              Philip.Anker@wilmerhale.com (e-mail)