Costel, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-14
```

REED ELSEVIER INC.

           Plaintiff,

v.

TRANSUNION HOLDING COMPANY, INC.

           Defendant.

CIVIL ACTION NO. 13cv8739

STIPULATION AND
[PROPOSED] ORDER
TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to this action, that the time for Defendant TransUnion Holding Company, Inc. to answer, move or otherwise respond to the Complaint in this action, which, at present, expires on January 7, 2014, is hereby extended to January 21, 2014.

Dated: New York, New York
January 7, 2014

MORRISON & FOERSTER LLP

By: _____
Dennis P. Orr
Dorr@mofo.com
Grant J. Esposito
GEsposito@mofo.com
Lashann Moutique DeArcy
LDearcy@mofo.com
Stefan W. Engelhardt
SEngelhardt@mofo.com

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Jonathan D. Rosenfeld (*pro hac vice* admission pending)
jonathan.rosenfeld@wilmerhale.com
Philip D. Anker
Philip.anker@wilmerhale.com
Douglas Curtis
douglas.curtis@wilmerhale.com
Ariella Feingold
ariella.feingold@wilmerhale.com

ActiveUS 120559330v.1

SO ORDERED this ___
day of January, 2014

_____
P. Kevin Castel, U.S.D.J.

ActiveUS 120559330v.1