MEMO ENDORSED

**VIA FACSIMILE**

December 16, 2013

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-14
```

**WILMERHALE**

Jonathan D. Rosenfeld

+1 617 526 6941 (t)
+1 617 526 5000 (f)
jonathan.rosenfeld@wilmerhale.com

The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Reed Elsevier Inc. v. TransUnion Holding Company, Inc., No. 13-cv-8739</u>

Dear Judge Castel:

As directed, the parties conferred over the weekend about a potential settlement but were unable to resolve the matter.

Although we have submitted to your Honor this morning a letter detailing why a temporary restraining order is not appropriate under the circumstances, TransUnion Holding Company, Inc. ("TransUnion") remains willing to continue settlement negotiations with Reed Elsevier Inc. ("Reed") and would welcome and be amenable to this Court's assistance in mediating the dispute. Please let us know if your Honor would like TransUnion to provide the Court with the details of its settlement proposal.

TransUnion further requests that this Court extend the date of the proposed preliminary injunction hearing from December 18, 2013 to either the 20th or 23rd of December to enable and ensure a careful and detailed review and analysis of the facts and law at issue. Reed's counsel has said that he does not consent to such an extension.

Respectfully submitted,

Jonathan D. Rosenfeld

*Letter motion is terminated as moot.*

*SO ORDERED.*

USDJ
1-13-14

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington