Castel, P.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REED ELSEVIER INC.

                Plaintiff,

v.

TRANSUNION HOLDING COMPANY, INC.

                Defendant.

CIVIL ACTION NO. 13cv8739 (PKC)

STIPULATION AND
[PROPOSED] ORDER
TO EXTEND TIME

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to this action, that the time for Defendant TransUnion Holding Company, Inc. to answer, move or otherwise respond to the Complaint in this action, which pursuant to this Court's Order dated January 8, 2014, expires on January 21, 2014, is hereby extended to February 4, 2014. This is the parties' second request for an extension.

Dated: New York, New York
       January 21, 2014

MORRISON & FOERSTER LLP

By: _____
Dennis P. Orr
Dorr@mofo.com
Grant J. Esposito
GEsposito@mofo.com
Lashann Moutique DeArcy
LDearcy@mofo.com
Stefan W. Engelhardt
SEngelhardt@mofo.com

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Jonathan D. Rosenfeld (pro hac vice admission pending)
jonathan.rosenfeld@wilmerhale.com
Philip D. Anker
Philip.anker@wilmerhale.com
Douglas Curtis
douglas.curtis@wilmerhale.com
Ariella Feingold
ariella.feingold@wilmerhale.com

SO ORDERED this_____
day of January 21, 2014

_____
P. Kevin Castel, U.S.D.J.