```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REED ELSEVIER INC.

      Plaintiff,

v.

TRANSUNION HOLDING COMPANY, INC.

      Defendant.

CIVIL ACTION NO. 13cv8739

STIPULATION AND
[~~PROPOSED~~] ORDER
TO EXTEND TIME

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to this action, that the time for Defendant TransUnion Holding Company, Inc. to answer, move or otherwise respond to the Complaint in this action, which pursuant to this Court's Order dated January 21, 2014, expires on February 4, 2014, is hereby extended to February 18, 2014.

This is the parties' third request for an extension. The extension is prompted by Plaintiff's consideration of the future direction of the case.

Dated: New York, New York
    February 4, 2014

MORRISON & FOERSTER LLP

By: /s/ Dennis P. Orr
Dennis P. Orr
Dorr@mofo.com
Grant J. Esposito
GEsposito@mofo.com
Lashann Moutique DeArcy
LDearcy@mofo.com
Stefan W. Engelhardt
SEngelhardt@mofo.com

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: /s/ Douglas Curtis
Jonathan D. Rosenfeld (*pro hac vice* admission pending)
jonathan.rosenfeld@wilmerhale.com
Philip D. Anker
Philip.anker@wilmerhale.com
Douglas Curtis
douglas.curtis@wilmerhale.com
Ariella Feingold
ariella.feingold@wilmerhale.com

SO ORDERED this 4th day of February, 2014

_____
P. Kevin Castel, U.S.D.J.