DENNIS P. ORR
DOrr@mofo.com
STEFAN W. ENGELHARDT
SEngelhardt@mofo.com
LaSHANN M. DeARCY
LDeArcy@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050
Telephone: (212) 468-8000
Fax: (212) 468-7900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REED ELSEVIER INC.,<br>      Plaintiff,<br><br>v.<br><br>TRANSUNION HOLDING COMPANY, INC.<br><br>      Defendant. | No. 13-CV-8739 (PKC)<br><br>**PLAINTIFF REED ELSEVIER INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Reed Elsevier Inc. voluntarily dismisses without prejudice the above-captioned action before service by Defendant of either an answer or a motion for summary judgment.

ny-1130590

|  |  |
|---|---|
| Dated: New York, New York<br>February 12, 2014 | MORRISON & FOERSTER LLP<br><br>By:  /s/ Dennis P. Orr<br>Dennis P. Orr<br>DOrr@mofo.com<br>Stefan W. Engelhardt<br>SEngelhardt@mofo.com<br>LaShann M. DeArcy<br>LDeArcy@mofo.com<br>Attorneys for Plaintiff<br>Reed Elsevier Inc.<br>1290 Avenue of the Americas<br>New York, NY  10104-0050<br>212.468.8000 |

ny-1130590